**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6479

LEO RITES,

                              Plaintiff - Appellant,

     versus

MARYLAND HOUSE OF CORRECTION ANNEX; WARDEN,

                              Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-04-4030-1-AMD)

Submitted:  September 28, 2005          Decided:  October 25, 2005

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leo Rites, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leo Rites appeals the district court's order denying his request for injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Rites v. Maryland House of Correction Annex</u>, No. CA-04-4030-1-AMD (D. Md. Mar. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>